### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | NO:   MO:19-CR-00024 DC |
| | § | |
| **LATOYA ROCHELLE POSEY** | § | |

## ORDER

Before the Court is the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 40) filed October 23, 2020, and the Government's Response to the Defendant's Motion for Sentence Reduction (Doc. 42) filed December 7, 2020. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 40) is **DENIED.**

It is so **ORDERED**.

SIGNED this 9th day of December, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE